UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04 CR 56-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ERVIN DONNELL POLK | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

This 7th day of October, 2004.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE